UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TROY LINDERG, et al | § | No. 5:18–CV–082–DAE |
| | § | No. 5:18–CV–649–DAE |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ADTALEM GLOBAL EDUCATION, | § | |
| INC., and DEVRY UNIVERSITY, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER CONSOLIDATING CASES

The matter before the Court is the status of the above-referenced cases. The Court issued an Order requiring the parties to inform the Court of their position on consolidation with <u>Luis Rangel, et al., v. Adtalem Global Education Inc., et al.</u>, 5:18-CV-082-DAE. (Dkt. # 18.)

Federal Rule of Civil Procedure 42 provides that if actions "involve a common question of law or fact," the court may "consolidate the actions" or "issue any other order to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). The decision to consolidate actions under Rule 42(a) is "entirely within the discretion of the district court as it seeks to promote the administration of justice." <u>Gentry v. Smith</u>, 487 F.2d 571, 581 (5th Cir. 1973).

On November 16, 2018, the Plaintiffs filed their Position Regarding Consolidation, stating that the cases should be consolidated. (Dkt. # 19.) On November 20, 2018, Defendants filed their Position Regarding Consolidation, also stating that the cases should be consolidated. (Dkt. 20.) Accordingly, this Court **ORDERS** that the cases be consolidated under the lead case, No. 5:18-CV-082-DAE. Defendants' Motion to Dismiss (Dkt. # 6) in No. 5:18-CV-649-DAE is **DENIED WITHOUT PREJUDICE** to refiling in the lead case, No. 5:18-CV-082-DAE.

**IT IS SO ORDERED.**

**DATE:** San Antonio, Texas, December 7, 2018.

David Alan Ezra
Senior United States District Judge