UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LUIS RANGEL, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION INC., formerly known as DEVRY EDUCATION GROUP, INC. and DEVRY UNIVERSITY, INC.,<br><br>      Defendants.<br><br>*Consolidated with:*<br><br>TROY LINDBERG, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION INC., formerly known as DEVRY EDUCATION GROUP, INC. and DEVRY UNIVERSITY, INC. | No.: SA-5:18-cv-00082-JKP<br><br>Hon. Jason K. Pulliam<br>Magistrate Judge Elizabeth S. Chestney |

## **JOINT PROPOSED SCHEDULING RECOMMENDATIONS**

The Parties recommend that the following deadlines be entered in the scheduling order to control the course of this case. In accordance with Federal Rule of Civil Procedure 6(a), if a deadline set in this order falls on a weekend or a holiday, the effective day will be the next business day.

1. The Parties have made initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and will supplement such disclosures as necessary pursuant to the Rules.

2. The Parties filed a report on alternate dispute resolution on August 16, 2018 (Dkt. 32). The Parties reaffirm and incorporate their respective positions set forth in that report.

3. Parties asserting claims for relief submitted written offers of settlement before filing suit, and each opposing party responded in writing on August 14, 2018.

4. On or before May 21, 2019, the parties shall file any motion seeking leave to amend pleadings or join parties. To the extent it may apply in this case, the deadline for Defendant(s) to file a motion to designate responsible third parties, pursuant to Texas Civil Practices & Remedies Code § 33.004(a), is 60 days before the date of trial in this matter.

5. Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B), on or before September 4, 2020.

6. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B), on or before October 16, 2020.

7. Parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fourteen days of receipt of the report of the opposing expert.

8. The deadline to file supplemental expert reports required under Federal Rule of Civil Procedure 26(e)(2) is at least 30 days before trial. The parties are advised any report filed under this deadline may only supplement the initial report and may not introduce new opinion or subject matter. This deadline is not intended to provide an extension of the deadline by which a party must deliver the substance of its expert information or opinion.

9. Parties shall initiate all discovery procedures in time to complete discovery on or before September 25, 2020. Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the expiration of the deadline. *See* Local Rule CV-16(d). Counsel may by agreement continue discovery beyond the deadline. The parties are advised that should they agree to extend discovery beyond the deadline, there will be no intervention by the Court except in exceptional circumstances. No trial setting or other deadline set forth herein will be vacated due to information obtained in post-deadline discovery. *See* Local Rule CV-7(d).

10. Counsel shall confer and file a joint report setting forth the status of settlement negotiations within 30 days of the Court's ruling on the pending Motion to Dismiss.

11. Within 30 days of the receipt of the expert's written report of the expert's proposed testimony, or within 30 days of the expert's deposition, whichever is later, the parties shall file any *Daubert* motions and challenge to or motion to exclude expert witnesses. Any such motion must specifically state the basis for the objection and identify the objectionable testimony.

12. On or before November 30, 2020, parties shall file any dispositive motions, including motions for summary judgment on all or some of the claims. Further, notwithstanding

any deadline provided herein, no motion (other than a motion in limine) may be filed after this date except for good cause.

13. The Court will set dates for trial and the final pretrial conference after ruling on any dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, the Court will also set appropriate deadlines for trial and pretrial conference matters.

/s/ *William R. Andrichik*
William R. Andrichik

Patricia B. Palacios
(admitted *pro hac vice*)
(Dist. of Columbia Bar No. 978740)
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902
ppalacios@steptoe.com

William R. Andrichik
(admitted *pro hac vice*)
(Illinois Bar No. 6302306)
Steptoe & Johnson LLP
227 West Monroe St.
Suite 4700
Chicago, Illinois 60606
Phone: (312) 577-1300
Fax:    (312) 577-1370
wandrichik@steptoe.com

Stephen K. Lecholop II
Texas Bar No. 24070119
Rosenthal Paurstein Sandoloski Agather LLP
755 East Mulberry Ave., Suite 200
San Antonio, Texas 78212
Phone: (210) 244-8836
Fax:    (210) 244-8936
slecholop@rpsalaw.com

*Attorneys for Defendants*
*DeVry University, Inc. and*
*Adtalem Global Education Inc.*,

And

3

*/s/ John R. Fabry*
John R. Fabry
Texas Bar No. 06768480
Luis Muñoz
Texas Bar No. 24081056
THE CARLSON LAW FIRM, P.C.
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
JFabry@carlsonattorneys.com
LMunoz@carlsonattorneys.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the ECF document filing system and via email this 21st day of October, 2019.

**Counsel for Plaintiffs**

John R. Fabry
Luis Muñoz
THE CARLSON LAW FIRM, P.C.
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
JFabry@carlsonattorneys.com
LMunoz@carlsonattorneys.com

*Attorneys for Plaintiffs*

                                                          */s/ William R. Andrichik*
                                                          William R. Andrichik
                                                          Steptoe & Johnson LLP