IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MR. LUIS RANGEL, SETH ADOMAKO, CHRISTINA CABELLO, ELISABETH NGUYEN, JOSE SANCHEZ, CHRISTAL TURNER, MELISSA WILSON, MARTIN OLOYEDE, NATHALIE YEKA, TRISTEN WILSON, TERRELL WHITE, DAVID W. JESSOP, DENAIRIUS ROBINSONII, EMRAN ALHYASAT, TERESA ANAYA, TIFFANY BROWN, MED CULLINS, KEVIN D. EARLS, TYHESSIA ELLIS, CRYSTAL HAYDEN, RHONDA JAMES, EMMANUEL MAKARI, CHRISTOPHER MARTIN, CATHERINE MCCARTY, ROSHAWN SAMPSON, VICTOR SEKGANTSO, MARK DAVIS, CANDACE D. SMITH, LATASHA SOLOMON, ALAN TA, GEORGE VAN-LARE, SAUL VEGA, ROSALINDA A VELA ESCOBAR, JUSTIN WIGGINS, PATRICK ACHEAMPONG, JOANNA AGUILERA, SHAWN J. AUSTIN, KINNEY BARCUCH, YOUNGHEE BERMINGHAM, NINA BURNS, CHRISTIAN BURROW, MIKE DEAN, FRANKIE EARLYJR., SHARONDA FORD, JAYSON FOX, COURTNEY FRAZIER, JENNIFER GAILLEY, RYAN GRIZZLE, JEREMY HENGY, LISA HOWARD, NATHANIEL JONES, DERRICK KEITH, PROSPER KISWAGA, NORMA MARTINEZ-CANTU, KASANDRA MCGHEE, GODFREY MOMANYI, MICHELLE ORR, LAWRENCE OWONIKOKO, ANDRES SALAZAR, KIMBERLY SEARCY, LACHANNA SNEED, SCOTT SULLIVAN, JULIO VALENCIA, MIRANDA VAN COLEN, EDWARD WATTS, WAYNE CARL WILLIAMS, SEAN WILLIAMS, GLADYS BERISTAIN, WILLIE GARRET, RICHARD SHAW, TREVOR REED, HEATHER MICHELLE EMMONS, | § § § § § § § § § § § § § § | SA-18-CV-00082-JKP |

        *Plaintiffs,*

vs.

1

ADTALEM GLOBAL EDUCATION,
INC., FORMERLY KNOWN AS DEVRY
EDUCATION GROUP, INC.; AND
DEVRY UNIVERSITY, INC.,

   *Defendants.*

# ORDER

  Before the Court in the above-styled cause of action is Plaintiffs' Opposed Motion to Lift Stay of Discovery [#80]. By their motion, Plaintiffs ask the Court to lift the current stay on discovery. The record reflects that Defendant has filed multiple motions to dismiss in this case. On September 21, 2018, while the first motion to dismiss was pending, the Court granted Defendants' motion for protective order and stayed all discovery in this action "until the Court resolves Defendants' Motion to Dismiss." (Order [#34] at 4.) Subsequent to that order, the Court consolidated this case with another action and ordered Defendants to file a renewed motion to dismiss in the consolidated action. Defendants filed their superseding motion to dismiss on December 18, 2018. After Plaintiffs amended their pleadings, Defendants again revised their arguments for dismissal and filed a third motion to dismiss on July 5, 2019. The undersigned thereafter issued a report and recommendation on that motion on December 13, 2019, recommending the motion be denied. The undersigned also issued a scheduling order to govern the course of this case, imposing a discovery deadline of September 25, 2020.

  Plaintiffs now ask the Court to lift the previous stay on discovery and allow discovery to resume under the Scheduling Order. The Court will deny the motion. The Court's previous order indicated that discovery is stayed until "the Court" rules on Defendants' motion to dismiss. Although the undersigned has issued a report and recommendation on the motion, the Court has not yet issued its final ruling. The stay will automatically lift if the District Court denies the

2

motion to dismiss, either in whole or in part. In the event that the parties are unable to complete discovery by the deadline set forth in the Court's scheduling order, Plaintiffs may request and the Court is likely to grant an extension that takes into consideration the time period during which the report and recommendation has been pending.

**IT IS THEREFORE ORDERED** that Plaintiffs' Opposed Motion to Lift Stay of Discovery [#80] is **DENIED**.

SIGNED this 9th day of January, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE