IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MR. LUIS RANGEL, SETH ADOMAKO,　§
CHRISTINA CABELLO, ELISABETH　§
NGUYEN, JOSE SANCHEZ, CHRISTAL　§　　　　　SA-18-CV-00082-JKP
TURNER, MELISSA WILSON, MARTIN　§
OLOYEDE, NATHALIE YEKA,　§
TRISTEN WILSON, TERRELL WHITE,　§
DAVID W. JESSOP, DENAIRIUS　§
ROBINSONII, EMRAN ALHYASAT,　§
TERESA ANAYA, TIFFANY BROWN,　§
MED CULLINS, KEVIN D. EARLS,　§
TYHESSIA ELLIS, CRYSTAL　§
HAYDEN, RHONDA JAMES,　§
EMMANUEL MAKARI, CHRISTOPHER
MARTIN, CATHERINE MCCARTY,
ROSHAWN SAMPSON, VICTOR
SEKGANTSO, MARK DAVIS,
CANDACE D. SMITH, LATASHA
SOLOMON, ALAN TA, GEORGE VAN-
LARE, SAUL VEGA, ROSALINDA A
VELA ESCOBAR, JUSTIN WIGGINS,
PATRICK ACHEAMPONG, JOANNA
AGUILERA, SHAWN J. AUSTIN,
KINNEY BARCUCH, YOUNGHEE
BERMINGHAM, NINA BURNS,
CHRISTIAN BURROW, MIKE DEAN,
FRANKIE EARLYJR., SHARONDA
FORD, JAYSON FOX, COURTNEY
FRAZIER, JENNIFER GAILLEY, RYAN
GRIZZLE, JEREMY HENGY, LISA
HOWARD, NATHANIEL JONES,
DERRICK KEITH, PROSPER
KISWAGA, NORMA MARTINEZ-
CANTU, KASANDRA MCGHEE,
GODFREY MOMANYI, MICHELLE
ORR, LAWRENCE OWONIKOKO,
ANDRES SALAZAR, KIMBERLY
SEARCY, LACHANNA SNEED, SCOTT
SULLIVAN, JULIO VALENCIA,
MIRANDA VAN COLEN, EDWARD
WATTS, WAYNE CARL WILLIAMS,
SEAN WILLIAMS, GLADYS
BERISTAIN, WILLIE GARRET,
RICHARD SHAW, TREVOR REED,
HEATHER MICHELLE EMMONS,

　　　　　*Plaintiffs,*

vs.

1

ADTALEM GLOBAL EDUCATION,
INC., FORMERLY KNOWN AS DEVRY
EDUCATION GROUP, INC.; AND
DEVRY UNIVERSITY, INC.,

       *Defendants.*

## ORDER

Before the Court in the above-styled cause of action is Plaintiffs' Motion to Strike Defendants' General Objections and to Compel Defendants to Respond Fully to Plaintiffs' First and Second Requests for Production [#105].  By their motion, Plaintiffs ask the Court to strike certain general objections asserted by Defendants in their responses to Plaintiffs' first and second requests for production and to compel Defendants to more fully respond.  The Court held a hearing on the motion on July 27, 2020, at which counsel for Plaintiffs and Defendants appeared telephonically.  Before the hearing, the parties filed a joint advisory, which clarified what remains in dispute after the parties conferred.

There are four objections that Plaintiffs continue to challenge as improper general objections:  (No. 1) objection to Plaintiffs seeking information that is unrelated to DeVry but related to other Adtalem institutions not at issue in this case; (No. 2) objection to Plaintiffs seeking information outside the time period from January 1, 2008 to December 13, 2014 (the time period when all Plaintiffs enrolled in DeVry and would have relied on any advertising materials at issue in this action); (No. 3) objection to Plaintiffs seeking information that relates to DeVry locations outside of the state of Texas, as all Plaintiffs are Texas residents; and (No. 8) objection to Plaintiffs seeking information protected against disclosure due to various rights of privacy, including those protected by the Family Educational Rights and Privacy Act ("FERPA") and the Health Insurance Portability and Accountability Act ("HIPAA").

After considering the parties' filings and oral arguments, as well as the governing law, the Court provided certain oral rulings, which it now memorializes with this written Order.  For the reasons stated at the hearing, the Court will order Defendants to file amended responses within 10 days that clarify which of the objections at issue they are invoking with respect to each request for production and indicating the categories of documents that are being produced versus withheld.  If issues remain in dispute despite the amendments, the parties should file an advisory indicating the same and the Court will set Plaintiffs' motion for a second hearing.  If the Court does not receive any advisory, Plaintiffs' motion will be dismissed as moot.

**IT IS THEREFORE ORDERED** that Defendants serve but not file amended responses to Plaintiffs' first and second requests for production on or before **August 7, 2020**.

**IT IS FURTHER ORDERED** that, if issues remain in dispute despite the amendments, that the parties file a joint advisory on or before **August 11, 2020** indicating the same and the Court will set Plaintiffs' motion for an additional hearing.

SIGNED this 29th day of July, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE