IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MR. LUIS RANGEL, SETH ADOMAKO, CHRISTINA CABELLO, ELISABETH NGUYEN, JOSE SANCHEZ, CHRISTAL TURNER, MELISSA WILSON, MARTIN OLOYEDE, NATHALIE YEKA, TRISTEN WILSON, TERRELL WHITE, DAVID W. JESSOP, DENAIRIUS ROBINSONII, EMRAN ALHYASAT, TERESA ANAYA, TIFFANY BROWN, MED CULLINS, KEVIN D. EARLS, TYHESSIA ELLIS, CRYSTAL HAYDEN, RHONDA JAMES, EMMANUEL MAKARI, CHRISTOPHER MARTIN, CATHERINE MCCARTY, ROSHAWN SAMPSON, VICTOR SEKGANTSO, MARK DAVIS, CANDACE D. SMITH, LATASHA SOLOMON, ALAN TA, GEORGE VAN-LARE, SAUL VEGA, ROSALINDA A VELA ESCOBAR, JUSTIN WIGGINS, PATRICK ACHEAMPONG, JOANNA AGUILERA, SHAWN J. AUSTIN, KINNEY BARCUCH, YOUNGHEE BERMINGHAM, NINA BURNS, CHRISTIAN BURROW, MIKE DEAN, FRANKIE EARLYJR., SHARONDA FORD, JAYSON FOX, COURTNEY FRAZIER, JENNIFER GAILLEY, RYAN GRIZZLE, JEREMY HENGY, LISA HOWARD, NATHANIEL JONES, DERRICK KEITH, PROSPER KISWAGA, NORMA MARTINEZ-CANTU, KASANDRA MCGHEE, GODFREY MOMANYI, MICHELLE ORR, LAWRENCE OWONIKOKO, ANDRES SALAZAR, KIMBERLY SEARCY, LACHANNA SNEED, SCOTT SULLIVAN, JULIO VALENCIA, MIRANDA VAN COLEN, EDWARD WATTS, WAYNE CARL WILLIAMS, SEAN WILLIAMS, GLADYS BERISTAIN, WILLIE GARRET, RICHARD SHAW, TREVOR REED, HEATHER MICHELLE EMMONS, | §§§§§§§§§§§§§ | SA-18-CV-00082-JKP |

   *Plaintiffs,*

vs.

1

ADTALEM GLOBAL EDUCATION,
INC., FORMERLY KNOWN AS DEVRY
EDUCATION GROUP, INC.; AND
DEVRY UNIVERSITY, INC.,

      *Defendants.*

## ORDER

Before the Court in the above-styled cause of action is the Unopposed Amended Motion to Withdraw as Counsel for Plaintiff Lisa Howard [#130]. By their motion, John R. Fabry and Luis Muñoz, of the Carlson Law Firm, P.C., ask the Court for permission to withdraw their representation of Plaintiff Lisa Howard. Counsel filed a previous motion asking for permission to withdraw, and the Court ordered counsel to file an amended motion confirming that they had provided Howard with a letter informing her of their intent to withdraw and that if she does not obtain substitute counsel she will be proceeding *pro se* in this action. Attached to counsel's amended motion is a sealed copy of their correspondence with Howard. Counsel also have provided the Court with Howard's contact information for all future correspondence from the Court in a sealed copy of the motion. The Court will therefore grant the motion to withdraw.

**IT IS THEREFORE ORDERED** that the Unopposed Amended Motion to Withdraw as Counsel for Plaintiff Lisa Howard [#130] is **GRANTED**.

**IT IS FURTHER ORDERED** that attorneys John R. Fabry and Luis Muñoz are hereby **TERMINATED** as counsel of record for Plaintiff Lisa Howard.

**IT IS FINALLY ORDERED** that the Clerk update the contact information for Plaintiff Lisa Howard as listed in counsel's sealed motion [#131-1].

**IT IS SO ORDERED.**

SIGNED this 4th day of January, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE