UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LUIS RANGEL, et al.,**

   *Plaintiffs*,

v.                                                                          Case No. SA-18-CV-0082-JKP-ESC

**ADTALEM GLOBAL EDUCATION, INC., et al**

   *Defendants*.

## FINAL JUDGMENT
## UNDER FED. R. CIV. P. 54(b)

The Court has considered the issues presented in this action and rendered its decision with respect to the claims of Plaintiff Lisa Howard. For the reasons stated in the Order Accepting Report and Recommendation of United States Magistrate Judge issued contemporaneously with this Judgment, the Court **DISMISSES** the claims of Plaintiff Lisa Howard pursuant to Fed. R. Civ. P. 41(b) for failure of prosecution. Subject to any bar to her claims, such as an applicable statute of limitations, this dismissal is without prejudice to her pursuing the claims in a different action. It is the Court's understanding, furthermore, that Ms. Howard failed to opt out of a related class action pending in Illinois and that failure might preclude further litigation of her claims outside that class action context. In accordance with Fed. R. Civ. P. 54(b), the Court expressly finds that there is no just reason for delay and hereby directs entry of final judgment as to the claims of Plaintiff Lisa Howard only.

   **IT IS SO ORDERED this 9th day of April 2021.**

*[signature: Jason Pulliam]*
_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**