UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LUIS RANGEL, et al.,

    *Plaintiffs*,

v.                                              Case No. SA-18-CV-0082-JKP

ADTALEM GLOBAL EDUCATION,     (Consolidated with
INC., formerly known as Devry Education     Case No. SA-18-CV-0649-JKP)
Group, Inc.; and DEVRY UNIVERSITY,
INC.,

    *Defendants*.

## ORDER OF DISMISSAL

Based upon the *Joint Stipulation for Dismissal with Prejudice as to Plaintiff Eddie Silas* (ECF No. 148), the Court hereby dismisses any and all claims of Plaintiff Eddie Silas with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall each bear their own costs, attorneys' fees, and expenses.

And, through the *Joint Status Report per Order Setting Hearing* (ECF No. 149), the parties have informed the Court that the dismissal of the claims herein resolves the final claims at issue in this consolidated action. Because all claims against all parties have now been resolved, the Court **directs the Clerk of Court to CLOSE this case and the member case of this consolidated action, Case No. SA-18-CV-0649.**

    IT is so ORDERED.

    SIGNED this 22nd day of April 2021.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE